Submitted on record and briefs October 4, affirmed December 13, 1995, petition for review denied April 30, 1996 (323 Or 153)

# DAVID RAYMOND DURHAM,
*Appellant,*

*v.*

# CARL ZENON,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

## (93C-10278; CA A83724)
907 P2d 1137

David W. Knofler filed the briefs for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *Martin v. Baldwin*, 138 Or App 296, 906 P2d 868 (1995).